UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 17-25231-BKC-RAM
                                          Chapter 13
    Barbara Careaga,

_____Debtor(s)._____/


## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. This objection also sets an expedited hearing on this objection on the date already scheduled for the confirmation hearing in accordance with Administrative Order 99-4, "Order Shortening the Time for Serving and Noticing Hearing on Certain Objections to Claims in Chapter 13 Cases".*

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Administrative Order 99-4, the debtor(s) object(s) to the following claim(s) filed in this case:

| Claim Number | Name of Claimant | Amount of Claim | Basis for Objection & Recommended Disposition |
|---|---|---|---|
| #10 | United Consumer Financial Services | $ 559.606 | Claim should be reclassified as unsecured as the Debtor is no longer in possession of the goods. The collateral was a Cleaning Machine which was damaged and discarded by the Debtor. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Dated: March 28, 2018

                                          By:   _____/s/_____
                                                Desiree C. Johnson
                                                Attorney for Debtor
                                                782 N.W. 42nd Avenue, Ste. 447
                                                Miami, FL 33126
                                                Tel: (305) 476-1900
                                                FL Bar No: 123031

LF-70 (rev. 11/01/01)

SERVICE LIST

Nancy K. Neidich, Trustee ECF registered

Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712

Bass & Associates, P.C.
Attn: Christina Caballero, Administrative Assistant
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712

United Consumer Financial Services
865 Bassett Road,
Westlake, Ohio 44145

United Consumer Financial Services
Attn: Joe Francesconi, President
865 Bassett Road,
Westlake, Ohio 44145
**VIA CERTIFIED MAIL**